# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4968

_____

OMAR Q. FELTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

May 29, 2019

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Omar Q. Felton, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.